```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


ROSALINDA QUINTERO,              )   NO. EDCV 11-01387 SS
                                 )
            Plaintiff,           )
                                 )
       v.                        )   **JUDGMENT**
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of the Social       )
Security Administration,         )
                                 )
            Defendant.           )
_____)
```

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: May 29, 2012

                                                                            _____/S/_____
                                                                            SUZANNE H. SEGAL
                                                                            UNITED STATES MAGISTRATE JUDGE